■ In the Matter of CLAUDIA FLEMING, Appellant, v HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respon-

dents. [601 NYS2d 894] —Motion for poor person relief and assignment of counsel denied. Memorandum: Petitioner has not stated any facts for us to determine if there is merit to the appeal. Present—Callahan, J. P., Green, Pine, Fallon and Doerr, JJ.